UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK MORGAN,<br><br>               Plaintiff,<br><br>vs.<br><br>WAVEDANCER, INC., JAMIE BENOIT, PAUL BECKER, CHIP DIPAULA, JACK L. JOHNSON, JR., WILLIAM PICKLE, and BONNIE WACHTEL.<br><br>               Defendants. | Case No.: 1:24-cv-00868-LAK-JLC<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

    Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Mark Morgan ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: April 24, 2024                             **BRODSKY & SMITH**

                                                 By: *Evan J. Smith*
                                                    Evan J. Smith
                                                    240 Mineola Boulevard
                                                    Mineola, NY 11501
                                                    Phone: (516) 741-4977
                                                    Facsimile (561) 741-0626

                                                   *Attorneys for Plaintiff*